# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

GRAND RIVER ASEPTIC
MANUFACTURING, INC., a Delaware
Corporation,

    Plaintiff/Counter-Defendant,

v.

NEXUS PHARMACEUTICALS, INC., an
Illinois Corporation,

    Defendant/Counter-Plaintiff,

and

SHERRI SCOTT, an individual, and JERROD
WEIDENFELLER, an individual,

    Defendants.                       /

Case No. 1:21-cv-448

Hon. Robert J. Jonker

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

The parties, through their undersigned counsel, stipulate to dismissal, with prejudice, of this lawsuit and all claims and counterclaims asserted therein, with each party to bear their own costs and attorneys' fees.

Therefore, **IT IS ORDERED** that the lawsuit is dismissed, with prejudice, and with each party to bear their owns costs and attorneys' fees.

**IT IS SO ORDERED**.

Dated: _____

_____
Hon. Robert J. Jonker

Stipulated as to form and content:


/s/ Joseph M. Infante
Joseph M. Infante, Attorney for Plaintiff/Counter-Defendant



/s/ Bilal Zaheer (w/ email permission)
Bilal Zaheer, Attorney for Defendant/Counter-Plaintiff



/s/ Lee T. Silver (w/ email permission)
Lee T. Silver, Attorney for Defendants Sherri Scott and Jerrod Weidenfeller